IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZIGAN KOKOU DANKLOU,

      Appellant,

v.

RIVERPOINT BEHAVIORAL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3117

Opinion filed January 11, 2016.

An appeal from the Circuit Court for Duval County.
Harvey L. Jay, III, Judge.

Zigan Kokou Danklou, pro se, Appellant.

Julie W. Allison and David A. Frankel, North Miami Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, LEWIS, and BILBREY, JJ., CONCUR.